In The
# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT

---

## In Re: MILAN MICHAEL KOTEVSKI.

---

*PLAINTIFF'S WRIT OF MANDAMUS, WRIT OF QUO WARRANTO, EX PARTE PROCEEDING, AND PERMANENT INJUNCTION UNDER ALL WRITS ACT, 28 U.S.C. § 1651(a) and Fed R. Civ. P Rule 65.*

*From: Kotevski v. Clinton, 24cv622, JUDGE STEWART & MAGISTRATE JUDGE OBERG.*

---

### A CIVIL PROCEEDING

### BY:

---

Miki Kotevski
Counsel for Plaintiff-Pro-Se.
MKT
MKT AIRLINES
MKT RAILROAD
SUPER SHIBA STORE
847-380-0400
Email: Miki.kotevski@gmail.com

**PLAINTIFF'S WRIT OF MANDAMUS, EX PARTE PROCEEDING, AND PERMANENT INJUNCTION UNDER ALL WRITS ACT, 28 U.S.C. § 1651(a) and Fed R. Civ. P Rule 65 and Fed. R. Civ. P Rule 65(b)(3). EMERGENCY.**

**Section I: BASIS OF JURISDICTION:**

- 42 U.S.C. §1988;
- 18 U.S.C. §1961 et al.,
- 18 U.S.C. §2340;
- 18 U.S.C. §2441;
- 20 U.S.C. §701;
- 42 U.S.C. §2000aa;
- 42 U.S.C. § 2000a;
- 42 U.S.C. §2000dd;
- TERRORISM RISK INSURANCE ACT of 2002.
- **FSIA 28 U.S.C. §1605B**
- 28 U.S.C. §1330
- 18 U.S.C. § 2520(a)
- 50 U.S.C. 1810
- 28 U.S.C. §1343;
- 28 U.S.C. §1367 (and Louisiana Revised Statutes)
- 42 U.S.C. §2000a-6,
- 18 U.S.C. §1964;
- **RFRA/42 U.S.C. §2000bb**
- 18 U.S.C §2333
- 28 U.S.C §1605(a)(7)
- 28 U.S.C. §1330
- 50 U.S.C. §1810
- 29 U.S.C. §790 (§504)

1. PLAINTIFF is a resident of UTAH and is an American and Serbian Citizen.

2. Based on the previous paragraph, numerous international treaties and conventions apply and that necessarily includes the Geneva Convention, the Convention on the Rights of Individuals with Disabilities, and more.

3. PLAINTIFF is proceeding In Forma Pauperis and Pro-Se under 28 U.S.C. § 1654.

4. One of the following DEFENDANTS--HILLARY CLINTON, HUNTER BIDEN, ANGIE ORTIZ, VERICA KOTEVSKI, VERA POCHTAREV, KRISTINA KHOMOVA, DAVID KOTEVSKI, CHRISTOPHER ALEXA, XIUYANG SUN, unknown Vietnamese women that resided in Tokyo with PLAINTIFF in the Summer of 2015, any named DEFENDANT, and/or a combination thereof might be PLAINTIFF'S fraudulent legal guardians and/or fraudulent wife and have perpetuated

the RICO Enterprise against PLAINTIFF in which they intentionally deprived PLAINTIFF of legal

making decisions and have not informed PLAINTIFF of a single legal decision made on PLAINTIFF'S

behalf despite PLAINTIFF having the capacity to understand within the last 9+ years. PLAINTIFF

doesn't know if he is under a legal guardianship or who is his wife if he is married, but on good faith and

belief there is something wrong that PLAINTIFF has been intentionally deprived of information to

figuring out properly.

5.      This is truly the best PLAINTIFF can do based on his current circumstances and PLAINTIFF

begs the Court for his forgiveness because of PLAINTIFF'S poverty and lack of capacity. It is financially

impossible for PLAINTIFF to provide all the record, in which one of his primary claims is 13th

Amendment violations since PLAINTIFF has been their slave for more than 35 years. to send via USPS

or FEDEX over 2500 pages of corrupted court proceedings that occurred that are at issue in which

PLAINTIFF can't afford to ship the entire record.

6.      It is legally, financially, electronically, and medically impossible for PLAINTIFF right now to

fully explain the RICO Enterprise against PLAINTIFF and PLAINTIFF did the best he could because

DEFENDANTS have completely tampered with his electronics in violation of 18 USC 1961 §1029

preventing PLAINTIFF from accessing vital records, have fraudulently concealed information from

PLAINTIFF for more than 30 years, committed war crimes, enslaved PLAINTIFF, retaliated against

PLAINTIFF on the basis of his speech, and more. The basis of the RICO Enterprise has been

intentionally depriving PLAINTIFF of information, proper medical attention, ensuring PLAINTIFF'S

slavery, robbing Americans of their freedoms, and more. Furthermore, PLAINTIFF seems to be being

held in indefinitely without recourse by DEFENDANTS (CIA, MI5/MI6, Indian Intel, Canadian Intel,

etc) electronic tampering by preventing access to the Courts and possibly impersonating the Courts all

without proper constitutional and legal authority against numerous conventions and the United States

Constitution. That's your Quo Warranto. PLAINTIFF filed a Habeas Corpus to be free in the State Court of Illinois and PLAINTIFF was obstructed from doing so by DEFENDANTS in violation of RICO.

7.        PLAINTIFF attests that this motion is verified. PLAINTIFF attests to the facts as completely true to the best of his current understanding after continuously being tortured for years and being subject to horrendous RICO violations.

8.        PLAINTIFF filed his first case in the Northern District of Illinois on 12/27/2023 to have a basis in obtaining jurisdiction over Qatar Airways, QIA, British Airways, and other DEFENDANTS who are foreign corporations and governments.

9.        What has happened in the cases of *Kotevski v. Clinton*, 23-17137 N.D. Illinois and *Kotevski v. Jenkins*, 24-1085 7th Circuit Court of Appeals, and *In Re: Milan Michael Kotevski*, 24-1085 7th Circuit Court of Appeals, (these cases collectively are to be called hereon: the *Chicago Cases*) (Panel consisting of: JUDGE DIANE P. WOOD, JUDGE CANDACE JACKSON-AKIWUMI, JUDGE DORIS PRYOR) violates RICO 18 U.S.C. 1961 and amounts to a gross miscarriage of justice and extreme constitutional deprivations under the law that cannot be remedied within the 7th Circuit Court of Appeals, violations of international treaties such as the Warsaw Treaty, the Geneva Convention, and the Convention on the Rights of Individuals with Disabilities.

10.        The *following cases constitute the Chicago Cases: Kotevski v. Clinton, 23-17137 N.D. Illinois; Kotevski v. Jenkins, 24-1085 7th Circuit Court of Appeals, In Re: Milan Michael Kotevski, 24-1085 7th Circuit Court of Appeals, and most importantly, In Re: Milan Michael Kotevski 2024cv00556 N.D. Illinois.*

11.        PLAINTIFF comes now to the 10th CIRCUIT COURT OF APPEALS after more than 15 months of the most outrageous government conduct committed by DEFENDANTS and corruption that makes the third world blush based on the record in which numerous judges have forsaken their

Constitutional and legal duties to an autistic enslaved Christian man. PLAINTIFF detrimentally relied upon the fraudulent statements recorded by PLAINTIFF on the telephone of the FIFTH CIRCUIT COURT OF APPEALS Clerk's Office and corrupt proceedings by JUDGE DAPHNE A. OBERG and JUDGE TED STEWART in 24cv622 Kotevski v. Clinton, District Court of Utah. (hereon: *Utah Case)* and especially JUDGE JACKSON and MAGISTRATE JUDGE BOURGEOIS in the Middle District of Louisiana in the *Louisiana Cases* which consists of: *Kotevski v. Clinton*, Number: 24-cv-000310-BAJ-RLB (hereon: *The Louisiana Cases[1]*).

12.    The *Louisiana Cases and Utah Case*, quite simply, are PLAINTIFF'S attempt to remedy the Constitutional and RICO harms that occurred in numerous cases that occurred in the NORTHERN DISTRICT OF ILLINOIS COURT and the 7th CIRCUIT COURT OF APPEALS from December 27th, 2023 and to end the RICO Conspiracy and Enterprise that occurred over 30 years against PLAINTIFF.

13.    PLAINTIFF includes the totality of the rejected Writ of Mandamus that exceeds 700 pages that the 5th Circuit Court of Appeals Clerk's Office Rejected On December 17th, 2024 by one DANTRELL L. JOHNSON and is on the record in the *Utah Case* [herein] because that Writ of Mandamus provides the most succinct and up to date current understanding of the case and properly names the DEFENDANTS at issue that have been fraudulently concealing information from PLAINTIFF for years and perpetuating the RICO Enterprise against PLAINTIFF for years.

14.    PLAINTIFF submitted two valid motions of default that were corruptly ignored in the *Louisiana Cases, Utah Cases, and Chicago Cases.* There are so many glaringly obvious and corrupt procedural motions that were intentionally ignored by the 7th Circuit Court of Appeals, the Middle District of Louisiana, and District Court of Utah that should have already decided the case in PLAINTIFF'S favor

---

[1] PLAINTIFF understands that there has only been one case in Louisiana and *Louisiana Cases* should be in the singular form of *Louisiana Case*; however, for mental simpleness and cohesiveness, PLAINTIFF is just making *Louisiana Cases* plural to match the plurality of the *Chicago Cases.*

and PLAINTIFF quite frankly despises he is utilizing additional judicial resources when the Courts should have been fair and impartial from the beginning.

15.    But for DEFENDANTS fraudulent concealment and corruption, it wasted precious judicial resources, and all PLAINTIFF is really asking for is for someone to actually acknowledge the outrageous psychopathic and parasitic behavior he has been subject to for years in which PLAINTIFF has nothing to show for his life and for someone to meaningfully talk to PLAINTIFF about the harms he experienced because DEFENDANTS have completely failed at being human. PLAINTIFF in good faith believes what he is asking for is less than 1% of what he is legally entitled to under RICO.

16.    One of the primary basis of how DEFENDANTS obstructed justice and violated RICO numerous times is that DEFEDNANTS have intentionally and corruptly prolonged the case making it impossible for PLAINTIFF to properly file on time in numerous instances and/or giving DEFENDANTS such a ridiculous advantage in Court that it necessarily deprived PLAINTIFF of Due Process Rights and violated RICO because the DEFENDANTS corrupted the legal proceedings in order to absolve themselves of the RICO Enterprise when PLAINTIFF had legally cognizable claims against numerous DEFENDANTS that warranted immediate compensation to PLAINTIFF.  For example, a legal response was required within 21 or even 30 days when DEFENDANTS had notice of the claims against them and they have not been in contact with PLAINTIFF for more than 15 months.

17.    PLAINTIFF specifically warned and elaborated upon to numerous Courts how DEFENDANTS now FOR MORE THAN A YEAR IN WHICH THEY HAVE BEEN GIVEN 15 MONTHS TO RESPOND AND THEY NECESSARILY CORRUPTED THE PROCEEDINGS IN WHICH DEFENDANTS HAD AN AFFIRMATIVE LEGAL OBLIGATION TO END THE RICO ENTERPRISE AGAINST PLAINTIFF IN WHICH THEY TERRORIZED and TORTURED IN RESPONSE.

18.     Within those 15 MONTHS in which a normal response time for a lawsuit THAT THEY HAVE NOTICE OF is 21 days, DEFENDANTS intentionally ignored PLAINTIFF and obstructed justice in which DEFENDANTS have necessarily been given such a fundamental and unconstitutional advantage in Court as to necessarily violate 18 USC 1962(D), obstruct justice, deprive PLAINTIFF of his constitutional rights, constitute an unconstitutional taking, continue to terrorize PLAINTIFF, torture PLAINTIFF, enslave PLAINTIFF, and more in violation of 18 USC 1962(a), 18 USC 1962(b), and 18 USC 1962(c).  The primary culprits that have done these outrageous actions against PLAINTIFF are GINA HASPEL, HILLARY CLINTON, ARIANE de ROTHSCHILD, VLADIMIR PUTIN, XI JINPING, MICHAEL MORELL, JOHN BRENNAN, LEON PANETTA, ROBERT MUELLER, ERIC HOLDER, LYNN FORESTER de ROTHSCHILDS, N.M ROTHSCHILD, ROTHSCHILDS HOLDINGS, JP MORGAN CHASE BANK, BANK OF AMERICA, BOEING, AIRBUS, QATAR AIRWAYS, FRONTIER AIRLINES, PRIME MINISTER MODI, VERICA KOTEVSKI, CHRISTOPHER ALEXA, DAVID KOTEVSKI, unknown officers in Indian Intelligence, CIA, FBI, FSB/GRU, MSS.

19.     Furthermore, DEFENDANTS thought it was appropriate to terrorize PLAINTIFF in that 15+ month time span to retaliate against PLAINTIFF intentionally because of his court filing seeking to dismiss MAGISTRATE JUDGE BOURGEOIS in May 2024.

20.     PLAINTIFF has given the FBI and CHRISTOPHER WRAY and MERRICK GARLAND and the DOJ enough evidence to prosecute JUDGE JENKINS, JUDGE PALLMEYER, 8 unknown 7th Circuit Court of Appeals Judges, JUDGE DIANE P. WOOD, JUDGE CANDACE JACKSON-AKIWUMI, JUDGE DORIS PRYOR, JUDGE JACKSON, MAGISTRATE JUDGE BOURGEOIS, enough evidence to convict them of at least aiding and abetting a RICO Enterprise in addition to numerous RICO violations that they have permanently tainted the integrity of the judiciary.

21.    In the alternative to the previous paragraph, MSS, INDIAN INTEL, CIA, FSB/GRU, ANGIE ORTIZ, XIUYANG SUN, HILLARY CLINTON, HUNTER BIDEN, VERA POCHTAREV, VERA KOTEVSKI, CHRISTOPHER ALEXA, and DAVID KOTEVSKI, and/or a combination thereof all have tampered with PLAINTIFF'S electronics in violation of 18 USC 1961 §1029 from December 27th. 2023 to present preventing PLAINTIFF from access to the Courts, committing mail fraud, committing wire fraud by impersonating the Court, obstructing justice by impersonating the Court, witness tampering, witness retaliation, and more in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d).

22.    PLAINTIFF was a victim of pre-meditated murder in Japan in the Summer of 2015 via a plan called that PLAINTIFF calls *JAPLAN* that seems to have been in the works for a long time for things that PLAINTIFF never did, never had notice of, and never knew of in which given a chance PLAINTIFF would completely remedy that and he is doing just that with this Writ of Mandamus. That shocks the conscience in violation of *Rochin*.

23.    PLAINTIFF incorporates the totality of the record from *the Louisiana Cases*, the *Chicago Cases*, and the *Utah Cases* herein and PLAINTIFF realleges the totality of the allegations made in the *Utah Cases*, *Chicago Cases* and the *Louisiana Cases* herein.

24.    PLAINTIFF specifically alleged *the Chicago Cases* were corruptly decided when he said in the summary of the case in his *Louisiana Cases* complaint: "*All of the decisions the Northern District Court of Illinois made as well as the 7th Circuit Court of Appeals constitutes Outrageous Government Conduct in their decisions as it pertains to PLAINTIFF; All of the decisions the Northern District Court of Illinois made under Judge Jenkins as well as the 7th Circuit Court of Appeals made constitutes an act of Obstruction of Justice under RICO sections 891-894 (relating to extortionate credit transactions). section 1029 (relating to fraud and related activity in connection with access devices), section 1341 (relating to*

*mail fraud), section 1343 (relating to wire fraud), section 1351 (relating to fraud in foreign labor contracting), section 1425 (relating to the procurement of citizenship or nationalization unlawfully), section 1503 (relating to obstruction of justice), section 1510 (relating to obstruction of criminal investigations), section 1511 (relating to the obstruction of State or local law enforcement), section 1512 (relating to tampering with a witness, victim, or an informant), section 1513 (relating to retaliating against a witness, victim, or an informant), and sections 1581-1592 (relating to peonage, slavery, and trafficking in persons)....".*

25.    Because of, at a minimum, of HILLARY CLINTON, BILL CLINTON, GEORGE W BUSH, BARACK OBAMA, SUSAN RICE, VALERIE JARRETT, PRIME MINISTER MODI, the REPUBLIC OF INDIA, JOHN BRENNAN, LEON PANETTA, GINA HASPEL, ROBERT MUELLER, ERIC HOLDER, XI JINPING, AJAY SINGH, KALANITHI MARAN, the PEOPLE'S REPUBLIC OF CHINA, the REPUBLIC OF RUSSIA, and PLAINTIFF'S parents and brother's intentional, malicious, and wanton treatment against PLAINTIFF in fraudulently concealing information from PLAINTIFF and continuously violating RICO against PLAINTIFF, PLAINTIFF is unable to ascertain how long he has been a slave to them in which they stole and took complete advantage of PLAINTIFF which PLAINTIFF knows the aforementioned have stolen Intellectual Property and trade secrets and PLAINTIFF'S trade secrets from PLAINTIFF for years against both PLAINTIFF and the United States Government to the detriment of the United States Government and PLAINTIFF that deprived PLAINTIFF business opportunities, loss of income, loss of career possibilities, and was the reason why they committed terrorism against PLAINTIFF in at least 2011, 2015, 2016, 2024.

26.    DELTA AIRLINES and FRONTIER AIRLINES, based on information and belief, have been given information about PLAINTIFF'S future plans by ANGIE ORTIZ, AMERICAN INTEL, FSB/GRU or INDIAN Intelligence as a way to retaliate against PLAINTIFF because they have

implemented plans that PLAINTIFF wanted to be first in having implemented in his airline such as with flight routes, food selection, and pet policy in addition to numerous sabotage by DEFENDANTS in stealing PLAINTIFF'S I.P without Consent and payment.

27.    PLAINTIFF was only able to ascertain that there was some corrupt proceedings instituted against PLAINTIFF in the MIDDLE DISTRICT OF LOUISIANA in July 2019 or before when JUDGE JACKSON corruptly dismissed his case with prejudice in which unknown attorneys who never contacted PLAINTIFF perpetuated and furthered the RICO Enterprise against PLAINTIFF depriving PLAINTIFF of life, liberty, and pursuit of happiness in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) in which those attorneys were paid over the wires or through mail, communicated over the wires or through mail, CHIEF JUDGE DICK and JACKSON were paid to rule corruptly against PLAINTIFF.

28.    Unknown United States, British, Japanese, Chinese, Russian, and Indian Government Officials, which include listed DEFENDANTS, but are not limited to, GEORGE HW BUSH, GEORGE W. BUSH, BILL CLINTON, BARACK OBAMA, GINA HASPEL, MICHAEL MORELL, HILLARY CLINTON, JOHN BRENNAN, JAMES COMEY, ROBERT MUELLER, AVRIL HAINES, PRIME MINISTER MODI, JEH JOHNSON, JANET NAPOLITANO, PETER STRZOK, LISA PAGE'S, and more intentional use of Civil Asset Forfeiture was done to intentionally enslave PLAINTIFF for years and was part of the fallacious legal mechanism that deprived PLAINTIFF of Due Process, Liberty, Property, Money, and more in violation of PLAINTIFF'S 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights.

29.    Unknown United States, Japanese, Russian, Chinese, Qatari, British, and Indian Government Officials, which include listed DEFENDANTS, but are not limited to, GEORGE HW BUSH, GEORGE W. BUSH, BILL CLINTON, BARACK OBAMA, GINA HASPEL, MICHAEL MORELL, PRIME

MINISTER MODI, JANET NAPOLITANO, JEH JOHNSON, AVRIL HAINES, HILLARY

CLINTON, JOHN BRENNAN, JAMES COMEY, ROBERT MUELLER, PETER STRZOK, JUDGE

JACKSON, JUDGE JENKINS, 8 unknown 7th Circuit Court of Appeals judges, JUDGE PRYOR,

JUDGE DICK, LISA PAGE, retaliated against PLAINTIFF on the basis of his speech and constituted a

taking under the 5th Amendment because it was done to intentionally enslave PLAINTIFF for years and

was part of the fallacious legal mechanism that deprived PLAINTIFF of Due Process, Liberty, Property,

Money, and more in violation of PLAINTIFF'S 1st, 2nd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th

Amendment Rights.

30.    Free Speech Retaliation Constitutes An Unconstitutional Taking Under the 5th Amendment based

on the record from JUDGE JENKINS, JUDGE PRYOR, JUDGE PALLMEYER, JUDGE JACKSON,

JUDGE STEWART, and MAGISTRATE JUDGE BOURGEOIS and OBERG.

31.    PLAINTIFF detrimentally relied on the guaranteed written policy of the Court that

MAGISTRATE JUDGE OBERG would decide the case quickly in the *Utah Case*.

32.    MAGISTRATE Judge BOURGEOIS and OBERG and JUDGE JACKSON and STEWART

knew, in violation of RICO 18 USC §1961 and 18 USC §1962(A), 18 USC §1962(B), and 18

USC§1962(C), and 18 USC §1962(D) and PLAINTIFF'S First Amendment Rights and Constitutional

Rights that the 7th Circuit Court of Appeals, the United States Marshals, and the Northern District of

Illinois Court conspired together and falsified documents in regards to an incident that took place on

December 6th, 2023 to obstruct justice on purpose in violation of RICO, and submitted it to the Court on

January 23rd, 2024 In Re: Milan Michael Kotevski 2024cv00556 (7th Circuit Court of Appeals)  which

states: "EXECUTIVE COMMITTEE ORDER: On December 6, 2023, Milan Kotevski entered the

Dirksen U.S. Courthouse. **While present, he made several inappropriate and threatening statements.**

**These remarks caused concern for the safety of individuals. Representatives of the United States**

Marshals Service were called to provide assistance and investigated the matter. The Court's Executive Committee finds that there is sufficient cause for concern regarding Mr. Kotevski's conduct if he is not escorted during his time in the Dirksen U.S. Courthouse in Chicago, Illinois or the Roszkowski U.S. Courthouse in Rockford, Illinois. IT IS, THEREFORE, HEREBY ORDERED THAT to maintain judicial security, Mr. Kotevski is ordered to sign in upon arrival at the Dirksen U.S. Courthouse at 219 S. Dearborn Street, Chicago, Illinois, 60604 or in the Stanley J. Roszkowski U.S. Courthouse at 327 S. Church Street, Rockford, Illinois 61101, and IT IS FURTHER ORDERED THAT a representative of the U.S. Marshals Service shall accompany Mr. Kotevski at all times while he is present in the Dirksen U.S. Courthouse or in the Stanley J. Roszkowski U.S. Courthouse, and IT IS FURTHER ORDERED THAT a miscellaneous file with the title "In the Matter of: Milan Kotevski" and case number 24 CV 00556 shall serve as the repository of this order, and any order or minute order entered pursuant to this order. The Clerk will also maintain a miscellaneous docket associated with the file. All orders retained in the file will be entered on that docket following standard docketing procedures. IT IS ALSO ORDERED that the Clerk shall cause a copy of this order to be left at the security desk in the lobby to hand to Mr. Kotevski the next time he enters one of the courthouses of the Northern District of Illinois. Signed by the Executive Committee on 1/23/2024. Mailed notice. (lw, )"[2] **in which PLAINTIFF has a 22 minute video in his possession of the entire time PLAINTIFF was in the Courthouse on December 6th, 2023** that he submitted to the United States Marshals (a portion of it at least) to investigate the issue **that demonstrates that PLAINTIFF made no threatening statements, did not act in any threatening manner, did not act questionably, and did not make any inappropriate statements in which the video demonstrates the corrupt intent of the United States Marshals and workers and employees of the Department of Justice that day.**

---

[2] Last Checked, 05/25/2024, 8:22am, https://dockets.justia.com/docket/illinois/ilndce/1:2024cv00556/454415

33.    PLAINTIFF emphasizes that through electronic tampering in violation of 18 USC 1961 §1029, PLAINTIFF is being denied a fundamentally fair hearing by DEFENDANTS in CIA, GRU/FSB, MSS, FBI, and INDIAN INTEL.

34.    The truth of the matter is that for some unbeknownst reason to PLAINTIFF because PLAINTIFF NEVER CONSENTED TO AS A CHILD AND COULD NOT HAVE WILLINGLY MADE THAT DECISION AS A CHILD, PLAINTIFF believes that this RICO Enterprise against PLAINTIFF started from the day PLAINTIFF was born on April 28th, 1989 and that there truly has been a sinister conspiracy in which DEFENDANTS deprived PLAINTIFF of a life full of positive reinforcement, rewarding PLAINTIFF for pro-social behavior, and love for malicious purposes against PLAINTIFF in order to falsely fabricate a narrative that PLAINTIFF is a progeny of the Devil or is the Devil himself as a form of international and domestic terrorism against PLAINTIFF in which PLAINTIFF is not those things. PLAINTIFF completely disavows Satan and all forms of Satanism and Evil Treatment. PLAINTIFF is not the Prince of Darkness and would never take over the world even if he had the chance to nor would he ever rule in hell.

35.    PLAINTIFF did not commit treason nor worked on behalf of any foreign government unless it was done under the complete supervision and direction of MI5, MI6, FBI, NSA, CIA, or DoD. PLAINTIFF will not hang for things he did not know at the time.

36.    Numerous conventions have been completely ignored that include the Geneva Convention and the Convention on the Rights of Individuals' With Disabilities by the United States Government and named and unknown US Government officials, the Republic of India, the Government of Russia, The Kingdom of Qatar, the Commonwealth of the United Kingdom, The Republic of Japan, the Republic of Russia, and any other country PLAINTIFF listed as a DEFENDANT and foreign officials that

PLAINTIFF named as a DEFENDANT and unknown foreign officials that perpetuated the RICO Enterprise against PLAINTIFF in violation of RICO.

37.     Under the 5th Amendment, this Court and any judges deciding this case are legally obligated to meaningfully and reasonably evaluate the totality of PLAINTIFF'S claims because a failure to actually acknowledge PLAINTIFF'S core claims relating to religious discrimination, free speech retaliation, RICO enterprise, and more that every single Court and judges PLAINTIFF has named as DEFENDANTS thus far constitutes a perpetuation of the RICO Enterprise against PLAINTIFF, undue takings, ensuring PLAINTIFF is a slave, justifying torture and terrorism against the most vulnerable individuals in American society (autistic individuals), and more.

38.     It seems that for every single time of unknown D.o.D, FBI, CIA, GRU/FSB, MSS, Indian Intel, and/or a combination thereof's malice, incompetence, or corruption at the hands of the aforementioned psychopaths, the retribution and retaliation against PLAINTIFF got even worse. For example, aforementioned DEFENDANTS plausibly wanted to prosecute and arrest PLAINTIFF for terrorism, school shooting, drug-dealing when they falsely planted weed in PLAINTIFF'S car, falsifying police records by lying about PLAINTIFF'S mental state, interfering the course of an investigation and/or obstruction of justice related to any events, hacking into PLAINTIFF'S laptop to get PLAINTIFF to talk about the acronym of MAP after failing to prosecute PLAINTIFF for a completely consensual affair in High School, or inappropriately touching a kid that was only made possible through witnesses lying to further the course of the RICO Enterprise against PLAINTIFF in PLAINTIFF'S freshman year at Sewanee in which PLAINTIFF'S conduct was constitutionally protected that can relate to DEFENDANT MARY GRIFFIN YOUNG. Then aforementioned DEFENDANTS having committed some RICO acts in the process and knowing they had to prosecute PLAINTIFF for something else to cover up their own misdeeds, malice, and incompetence, they then devised the scheme with M.C in

which the important parts were repeated like relating to PLAINTIFF'S finances during college, and then

some more heinous features were fabricated to cover up prior misdeeds in order to prosecute PLAINTIFF

in which aforementioned routinely omitted exculpatory evidence from reports. Then after not being able

to prosecute PLAINTIFF, created an unconstitutional sting operation involving beer PLAINTIFF'S

junior year, and then when that didn't go well, committed acts of domestic and international terrorism

against PLAINTIFF on March 11th, 2011; and then when that started to be questioned, then committed

war crimes. torture, and RICIO acts against PLAINTIFF in Summer of 2015, and when that didn't work,

aforementioned DEFENDANTS attempted to physically murder PLAINTIFF three times; and when that

didn't work, completely corrupted the Courts.

39.     PLAINTIFF'S actions of supplementing the record throughout the *Chicago, Louisiana, and Utah*

*cases* is justified and completely excusable and not admissible for inculpatory purposes because

PLAINTIFF was tortured throughout the litigation by DEFENDANTS in the 15+ months the litigation

began and because HILLARY CLINTON, JUDGE JACKSON, ANGIE ORTIZ, XIUYANG SUN,

VERICA KOTEVSKI, CHRISTOPHER ALEXA, DAVID KOTEVSKI, HUNTER BIDEN, FBI, US

Marshals, DEA, ICE, CBP, CIA, Indian Intel, MSS, and FSB/GRU all intentionally deprived

PLAINTIFF of information that should have been given to PLAINTIFF in the first place. The

EXTRAORDINARY lengths and nature of this case and the way PLAINTIFF had to figure things out

should never be repeated and is not justifiable in any way or form in the future.

40.     On May 30th, 2024, PLAINTIFF wrote his original Fed R. Civ P. Rule 65 Motion in which in the

course of writing the original motion PLAINTIFF'S laptop started acting bizarrely in which PLAINTIFF

was not able to continue to write the rest of his motion because it was that compelling in which Unknown

psychopathic officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof realized

how impactful it was going to be against them for what they did against PLAINTIFF on FRONTIER

AIRLINES. Because Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof realized just how damning it was, they tampered with PLAINTIFF in violation of 18 USC 1961 §1512, obstructed justice by not allowing PLAINTIFF to file the original Court document in violation of 18 USC 1961 §1503, and retaliated against PLAINTIFF in violation of 18 USC 1961 §1513 by not allowing PLAINTIFF to file that original document. PLAINTIFF (SPECIFICALLY) saved the document realizing that unknown psychopathic officials in Indian Intelligence was tampering with PLAINTIFF electronically; PLAINTIFF was forced to restart the laptop; and when PLAINTIFF restarted his laptop and tried to open the document that was previously saved, the document did not save in which the content of the document was missing. DEFENDANTS probably had an original copy of that the original motion and now have deleted the records of such in violation of 18 USC 1961 §1029, 1512, 1510, and 1513 because it was done to prevent PLAINTIFF from winning in court.

41.    In *United States v. Kozminski*, 487 U.S. 931 (1988), the Court held that "for purposes of criminal prosecution under 18 U.S.C. §241 or 18 U.S.C. §1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim **is forced to work for the defendant by the use** or threat of physical restraint or physical injury or by the use or threat of coercion through law ***or the legal process***. This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion."

42.    To save the world America from a long-forgotten threat, the Court must take these actions. Since those satanists are intentionally withholding information as to their conspiracy to destroy America by sacrificing PLAINTIFF in which HUMAN SACRIFICE is ILLEGAL, the only way to beat their conspiracy is the following way: if the Court is really interested in saving America and America's soul from impending doom and destruction, the Court should find that there was a contract between the Devil and PLAINTIFF in Spring 2015 for damages because technically it was legal back then, use the check

PLAINTIFF paid into the RICO Enterprise when PLAINTIFF made a payment on interest on student loans (not on the student loan itself in which PLAINTIFF plans on paying back his student loan) in which the conspirators profited off of PLAINTIFF thereby perpetuating PLAINTIFF'S slavery and forcing him to be their sacrifice (which is a form of slavery). The Devil or a Demon thought a contract existed because even the FBI or FSB have record of PLAINTIFF becoming possessed in Fall 2016 because there was actual incident and then PLAINTIFF documented how a black entity left PLAINTIFF'S body when he went to an Orthodox Church after 2017 in which PLAINTIFF literally sacrificed himself for you to prevent Satan from having any legal power in the United States via contracts. The Court will find that the parties agreed that the louisiana civil code applies because the parties agreed to it by depositing PLAINTIFF'S check, use the default motion that was legally valid in the *Chicago Cases* for the amount of $3 Billion USD because PLAINTIFF specifically used that figure to connect the amount PLAINTIFF said back in Spring 2015 and award the damages then, rule that RICO damages apply because of JUDGE JENKINS and PALLMEYER'S corruption in the *Chicago Cases and that is a negotiation of the amount owed to PLAINTIFF,* and apply treble damages because treble damages is 3 times the amount and 3 for the holy trinity thereby voiding the contract with the Devil in addition to holding that Louisiana civil code prohibits formation of any contract with the Devil as in violation of public order and that the contract included the revision that PLAINTIFF would KNOWINGLY marry his wife inside an orthodox church and that part of his soul through an orthodox Christian marriage belonged to her so the Devil couldn't have PLAINTIFF'S soul in the first place because PLAINTIFF prayed to God in April 2015 to find his wife soon during a celestial shower that has importance to the Orthodox Church and it was a mutual decision between PLAINTIFF'S wife and PLAINTIFF in which our souls could only be connected in a marriage that took place inside an orthodox church. Contracts apply to Satan because he recognizes and understands the use of contracts and contracts are valid tools in his arsenal in obtaining souls so if he uses

the tool of a contract and the utility of such, he must be bound by it. RICO allows and extends the statute

of limitations of contracts to exceed 5 years because he was profiting of the damages of having used me

for slave labor and perpetuating the RICO enterprise against me for years and that includes the contract

formed in 2011 that was in furtherance of such that the Republic of India benefitted greatly from in

addition to implementing *Japlan* against PLAINTIFF.  Star Chambers are also illegal.

43.    Based on the previous paragraph, there is a minimum of $9 Billion USD that must be awarded to

PLAINTIFF that can be deducted from the original contract formed in 2011 that PLAINTIFF was forced

to labor for the Commonwealth of the United Kingdom, the United States Government, the Republic of

India, and the Kingdom of Qatar that amounted to the vicinity of around $10 Billion USD in which

PLAINTIFF included the official figure in the *Chicago Cases* in the *Miki's Tea Party* section or as an

exhibit in the *Chicago Cases*.

44.    The concurring opinion in *United States v. Kozminski*, 487 U.S. 931 (1988) is far more spot on

for PLAINTIFF'S case and the following excerpts are from the concurrence: "for the use of the master's

whip and the power of the State to compel one human to labor for another were clearly core elements of

slavery that the Thirteenth Amendment and its statutory progeny intended to eliminate. As the

Government points out, however, the language of both the Thirteenth Amendment and §1584 simply

prohibits "involuntary servitude," and contains no words limiting the prohibition to servitude compelled

by particular methods. "[The Thirteenth] amendment denounces a status or condition, irrespective of the

manner or authority by which it is created." Clyatt v. United States, 197 U. S. 207, 197 U. S. 216 (1905).

To the contrary, it would seem that certain psychological, economic, and social means of coercion can be

just as effective as physical or legal means, particularly where **the victims are especially vulnerable,**

**such as the mentally disabled victims in this case. Surely threats to burn down a person's home**

**_(DEFENDANTS having done so and murdering PLAINTIFF'S cat)_ or** business or to rape or kill a

person's spouse or children (*See*: Section IV. *JAPLAN*) can have greater coercive impact than the mere threat of a beating, yet the coercive impact of such threats turns not on any direct physical effect that would be felt by the laborer, but on the psychological, emotional, social, or economic injury the laborer would suffer as a result of harm to his or her home, business, or loved ones. And drug addiction or the weakness resulting from a lack of food, sleep, or medical care can eliminate the will to resist as readily as the fear of a physical blow. Hypnosis, *blackmail, fraud, deceit, and isolation* are also illustrative methods -- but it is unnecessary here to canvas the entire spectrum of nonphysical machinations by which humans coerce each other…Indeed, this case and others readily reveal that the typical techniques now used to hold persons in slave-like conditions are not limited to physical or legal means. *The techniques in this case, for example, included: disorienting the victims with frequent verbal abuse and complete authoritarian domination; inducing poor health by denying medical care and subjecting the victims to substandard food, clothing, and living conditions;* working the victims from 3 a.m. to 8:30 p.m. with no days off, *leaving them tired* and without free time to seek alternative work; *denying the victims any payment for their labor; and active efforts to isolate the victims from contact with outsiders who might help them. … Other involuntary servitude cases have also chronicled a variety of nonphysical and nonlegal means of coercion including: trickery; isolation from friends, family, transportation or other sources of food, shelter, clothing, or jobs; denying pay or creating debt that is greater than the worker's income by charging exorbitant rates for food, shelter, or clothing; disorienting the victims by placing them in an unfamiliar environment, barraging them with orders, and controlling every detail of their lives; and weakening the victims with drugs, alcohol, or by lack of food, sleep, or proper medical care…* One presumes these methods of coercion would not reappear with such depressing regularity if they were ineffective." ***Id***

45.    Between at least 2008 and 2024, the FISA Court was surveilling PLAINTIFF unconstitutionally. One or more of the following FISA Court Judges ANTHONY J. TRENGA, TIMOTHY D. DeGIUSTI, JOAN ERICKSEN, KARIN IMMERGUT, KENNETH KARAS, SARA LIOI, AMIT MEHTA, CARL NICHOLS, GEORGE SINGAL, JOHN THARP, and former FISA judges ANNE CONWAY, GEORGE KAZEN, COLLEN KOLLAR-KOTELLY, JOHN BATES, ROGER VINSON, FREDERICK SCULLIN, MALCOM HOWARD, DEE BENSON, MARY MCLAUGHLIN, JAMES ZAGEL, THOMAS HOGAN, JOHN ROBERTS, ROSEMARY M. COLLYER, RAYMOND DEARIE, CLAIRE EAGAN, JAMES BOASBERG, MARTIN FELDMAN, THOMAS HOGAN, JAMES JONES, MICHAEL MOSMAN, THOMAS RUSSELL, DENNIS SAYLOR, conspired with unknown employees in the DOJ, WHITE HOUSE, FBI, D.o.D, and/or CIA, had knowledge of and were aware of the acts of domestic and international terrorism undertaken against PLAINTIFF in 2011 and *JAPLAN*, how PLAINTIFF was a slave to DEFENDANTS for more than 15 years, furthered the RICO Enterprise against PLAINTIFF, aided and abetted the RICO Enterprise, gained material benefits from the RICO Enterprise against PLAINTIFF in which they were paid to make decisions that were adverse to PLAINTIFF'S constitutional rights, were accessories after the fact, allowed unknown DEFENDANTS to retaliate and tamper with PLAINTIFF, and necessarily knew how war crimes and torture were being committed against PLAINTIFF in 2015, in which one or more of the aforementioned FISA judges violated at least one or more of the following : 18 U.S. Code § 2234; 18 U.S. Code § 2235; 18 U.S. Code § 2236; in which they violated at least one or more of the following 18 USC 1962(D) and 18 USC 1961 §1341, 1343, 1351, 1503, 1510, 1511, 1512, 1513, 1581–1592, 1831 and 1832, 1951, 1952, 1957, aiding and abetting §1958, aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, violated Title VI of the Civil Rights Act on the basis of PLAINTIFF'S

nationality, race, and religion, violated §504 of the Rehabilitation Act of 1973, tortured PLAINTIFF, violated PLAINTIFF'S soul, and allowed acts of domestic and international terrorism to take place against PLAINTIFF.

46.    JUDGE JACKSON and STEWART in the *Louisiana Cases* and *Utah Case* caused PLAINTIFF extreme and manifest constitutional prejudice by causing PLAINTIFF to intentionally suffer more and deprive PLAINTIFF of a fair opportunity due to declining cognitive capacity by making PLAINTIFF make more and more motions knowing PLAINTIFF has been begging for medicine now for 8 months to the DOJ and 6 months to the Court in which PLAINTIFF is being prevented from reaching out to the UN. The aforementioned DEFENDANTS know PLAINTIFF is being tortured and is a slave in violation of numerous treaties because he is being held as a political slave, which amounts numerous Constitutional Right violations such as Due Process, Free Speech, unjust takings, and more. The irreparable and immediate harm is the ability of PLAINTIFF to properly litigate because he has been denied by his Slave Master funds to litigate and medicine to be healthy enough to fully litigate to PLAINTIFF'S fullest potential because a sick pro-se PLAINTIFF is easy to dispose of in Court that has been especially corrupted in which it seems the Court is hellbent on enabling the RICO Enterprise in which their decisions violate Title VI, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D), one or more the following: 18 USC 1962(D) and 18 USC 1961 §1341, 1343, 1351, 1503, 1510, 1511, 1512, 1513, 1581–1592, 1831 and 1832, 1951, 1952, 1957, aiding and abetting §1958, aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights , and fundamentally discriminates on the basis of PLAINTIFF'S disability, nationality, and religious status.

47.    JUDGE JACKSON and STEWART'S corruption is easy-to-decipher because PLAINTIFF gave

at least three different summaries of the case and provided summaries in the *Chicago Cases in which*

*JUDGE JACKSON'S maliciously false description of PLAINTIFF'S pleadings and his reasons in*

*support of his motion violates In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg.*

*Co.*, 355 U.S. 233 (1957)

48.    Every single decision MAGISTRATE Judge BOURGEOIS and OBERG and JUDGE

STEWART and JACKSON made in the *Louisiana Cases and Utah Case* are reprehensible and violate

18 USC §1962(D), 18 USC § 241, and 42 USC §1985(3). All of JUDGE JACKSON'S decisions in sum

in the *LOUISIANA CASES* in addition to dismissing the case with prejudice violates PLAINTIFF'S Title

VI rights, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D) and

PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, and 14th Amendment Rights and was

purposefully done in furtherance of RICO Enterprise #1's goal of ensuring PLAINTIFF is a castrated

slave and denying PLAINTIFF all of his Constitutional Rights.

49.    JUDGE JACKSON and STEWART has received more than three paychecks from the time

PLAINTIFF filed his complaint in the *Louisiana Cases* and *Utah Case* to today in *which JUDGE*

*JACKSON and STEWART has read the record that PLAINTIFF submitted to the Court UNDER OATH*

*in which JUDGE JACKSON and STEWART is paid to read the **ENTIRE** record as a fair, prudent, and*

*impartial judge that is legally bound and obligated not to violate RICO and PLAINTIFF'S Constitutional*

*Rights under such cases as In re Murchison*, 349 U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*,

355 U.S. 233 (1957) which means that JUDGE JACKSON and STEWART knows of JUDGE

REBECCA PALLMEYER'S corruption in the *Chicago Cases and JUDGE JACKSON'S corruption in*

*the Louisiana Cases. Therefore,* JUDGE JACKSON and STEWART'S lack of honor & impartiality &

the seething morbid foul stench of corruption that came with issuing his ruling on June 12th, 2024 and on

February 7th, 2025 violated 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), 18 USC §1962(D)

& PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, 13th, & 14th Amendment Rights.

50.    <u>The affirmative legal obligation</u> of JUDGE JACKSON, JUDGE STEWART, MAGISTRATE

JUDGE BOURGEOIS and OBERG, all the FISA Court Judges listed as DEFENDANTS, is to read,

comprehend, and reference **the entire record and _<u>not be willfully blind</u>_** and do his best to be an

uncorrupted judge is a complete understatement that should be glaringly obvious as to his negligence as

this case involves billions of dollars in damage, three presidents, five different countries, and more and

could cause war.

51.    PLAINTIFF demanded that JUDGE JACKSON  respond to every single paragraph contained in

this PLAINTIFF'S Rule 60(B)(1) Motion because the exact legal error under Rule 60(B)(1) is JUDGE

JACKSON'S willful ignorance & willful blindness to PLAINTIFF'S pleadings that is perpetuating mail

fraud, wire fraud, a RICO Enterprise against PLAINTIFF and PLAINTIFF had to say some provocative

things to see if he was actually doing his job and reading the motions PLAINTIFF filed in Court,

PLAINTIFF'S enslavement, prevention of UN providing medication to PLAINTIFF in violation of

PLAINTIFF'S 8th Amendment Rights, cessation of India and unknown US officials from torturing

PLAINTIFF against the Geneva Convention and Treaty on the Rights of Disabled Individuals by the UN

and is a signatory of and PLAINTIFF'S 8th Amendment Rights, and violation of *In re Murchison*, 349

U.S. 133 (1955) and *United States v. Shotwell Mfg. Co.*, 355 U.S. 233 (1957).

52.    Throughout the litigation and from at least June 2023 before unknown Indian Government

officials "coincidentally" on behalf of Prime Minister MODI and/or SPICEJET went to Serbia to discuss

PLAINTIFF and the claims against them in which PLAINTIFF was not given notice of nor given the

actual contents of the conversations that they most definitely had about PLAINTIFF that pertained to

PLAINTIFF, the Republic of India through violating 18 USC 1961 §1029 disclosed trade secrets in violation of 18 USC 1961 to further the RICO Enterprise against PLAINTIFF.

53.     Unknown US Government officials and listed current or former employees of the United States Government listed as DEFEDNANTS violated at least one or more of the following: 18 USC 1962(D) and 18 USC 1961 §1341, 1343, 1351, 1503, 1510, 1511, 1512, 1513, 1581–1592, 1831 and 1832, 1951, 1952, 1957, aiding and abetting §1958, aiding and abetting the sexual exploitation and trafficking or minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights

54.     PLAINTIFF told JUDGE JACKSON "nigga please" as a point of emphasizing the slave like conditions PLAINTIFF was subject to and continued to live in and how he was enabling corruption as a call of absolute desperation in which the usage of the phrase connotates one that comes from slaves or is a slave. It wasn't said to attack JUDGE JACKSON'S race. PLAINTIFF does not apologize for including the phrase "Nigga Please." It was outrageous; however, outrageous things were done to PLAINTIFF and wishes that the level of depravity and corruption in PLAINTIFF'S life forcing PLAINTIFF to be a slave that warranted PLAINTIFF in saying that phrase never occurred and it doesn't give anyone the automatic privilege of saying "Nigga Please" just because PLAINTIFF did. African-Americans aided and abetted PLAINTIFF'S slavery (Colin Powell, Jeh Johnson, Barack Obama, Valerie Jarrett, Eric Holder, Susan Rice, etc.) and it is through numerous African-American individual's actions that created the situation which means that they made PLAINTIFF a "nigga" in their eyes and mind through their actions. PLAINTIFF harbors no bias or animosity against African-Americans.

55.     At least three of the following relevant passages from PLAINTIFF is applicable here concerning a corrupt judge's liability in a RICO Enterprise is from the *Chicago Cases* when PLAINTIFF said in his complaint: Passage #1: "*The United States of America vs. Josef Altstötter, et al. (holding judges and*

*attorneys liable for: 1) Participating in a common plan or conspiracy to commit war crimes and crimes against humanity; 2) War crimes through the abuse of the judicial and penal process, resulting in mass murder, torture, plunder of private property; 3) Crimes against humanity on the same grounds, including slave labor charges; 4) Membership in a criminal organization, the NSDAP or SS leadership corps)....."*

*Passage #2 "United States v. Grubb, 11 F.3d 426, 438-39 (4th Cir. 1993) (The court stated that "[w]e alsohave a defendant (a judge) who undeniably is employed by and operates or manages the enterprise within the meaning of Reves v. Ernst & Young." The applicable standard in a RICO conspiracy to violate 18 U.S.C. §1962(c), see §III(D)(3.) In describing its "operation or management" test, the Supreme Court stated: "Once we understand the word "conduct" to require some degree of direction and the word "participate" to require some part in that direction, the meaning of §1962(c) comes into focus. In order to "participate, directly or indirectly, in the conduct of such enterprise's affairs," one must have some part in directing those affairs. Reves, 507 U.S. at 179." And The Court in "Withrow v. Larkin, 421 U.S. 35 (1975) said: "Not only is a biased decision maker constitutionally unacceptable but our system of law has always endeavored to prevent even the probability of unfairness." 421 U.S. at 47.*

56.     The Terrorist Act against PLAINTIFF on September 7th and 8th, 2024. Unknown horde of psychopaths in CIA, DoD, NSA, or FBI (or PLAINTIFF'S parents) sent their own doctors when PLAINTIFF was at the most vulnerable state in the course of litigation in which OFFICER BRICCO listened to the horrible condescending and rude nurse on September 7th and 8th, 2024 that should have listened to PLAINTIFF when he was talking to her in which she was giving him orders, that showed to PLAINTIFF that she worked for DoD, CIA, FBI, or NSA because that was a matter of rank in law enforcement in which she violated at least 18 USC 1962(D), 18 USC 2340/2341/2342 and PLAINTIFF'S 1st, 4th, 5th, and 13th Amendment Rights.

57. When that horrible nurse working on behalf of either the CIA, DoD, FBI, and/or DEFENDANTS injected PLAINTIFF with unknown substance on September 7th, 2024, that was a war crime and a RICO violation because that was retaliation and witness tampering in which a violation of at least 18 USC 1962(D), 18 USC 2340/2341/2342 and PLAINTIFF'S 1st, 4th, 5th, and 13th Amendment Rights.

58. When that one doctor, who having once worked for CIA or DoD that was still working on their behalf, gave his opinion about having seen people tortured, it was to maliciously and completely discredit with no factual basis of PLAINTIFF'S experiences and a form of psychological torture and coercion by DoD, CIA, NSA, or FBI when they knew of the crimes committed against PLAINTIFF a violation of at least 18 USC 1962(D), 18 USC 2340/2341/2342 and PLAINTIFF'S 1st, 4th, 5th, and 13th Amendment Rights.

59. Unknown officers and employees in the CIA, FBI, NSA, or DoD falsely imprisoned PLAINTIFF and kidnapped PLAINTIFF on September 7th, 2024 and that is a form witness tampering and retaliation in violation of 18 USC 1962(D), 18 USC 2340/2341/2342 and PLAINTIFF'S 1st, 4th, 5th, and 13th Amendment Rights.

60. Unknown employees in the DoD, CIA, FBI, or NSA concocted a scheme in violation of 18 USC 1962(d) in which they would knowingly lie to the Court to obstruct justice by destroying PLAINTIFF'S credibility and to falsely allege he is violent when he was trying to escape from an unlawful and unconstitutional false imprisonment and kidnapping in which their actions constitute a violation of at least 18 USC 1962(D), 18 USC 2340/2341/2342 and PLAINTIFF'S 1st, 4th, 5th, and 13th Amendment Rights.

61. PLAINTIFF filed an Emergency Rule 65 Motion on May 30th, 2024 in the *Louisiana Cases, two days after PLAINTIFF filed a scathing Motion to Recuse JUDGE BOURGEOIS. None of the terrorist acts that occurred would have taken place but for Judge JACKSON and BOURGEOIS' corruption that they knowingly enabled in violation of RICO.*

62.    PLAINTIFF tells DEFENDANTS to shove it up their ass that he should be prosecuted for any actions he unknowingly undertook when he was having his soul violated in the course of having war crimes committed against him in which India, Russia, and the US and GINA HASPEL recorded to further the RICO Enterprise against PLAINTIFF that was leaked on the internet in violation of 18 USC 1961.

63.    Unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof intentionally retaliated against PLAINTIFF on or about May 29th or May 30th, 2024 in which DEFENDANTS intentionally retaliated against PLAINTIFF by torturing PLAINTIFF in violation of PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 8th, 9th, 10th, 13th, and 14th Amendment Rights, 18 USC §1962(A), 18 USC §1962(B), 18 USC §1962(C), and 18 USC §1962(D), 18 USC §241, 42 USC §1985(3), §504, on FRONTIER AIRLINES for his legal motions.

64.    FRONTIER AIRLINES and BARRY BIFFLE were informed of the operations that were going to be undertaken against PLAINTIFF by psychopathic horde of unknown officials in the White House, FBI, CIA, DoD, NSA, and/or a combination thereof sometime between May 28th, 2024 or May 29th, 2024

65.    The US Government aided by DEFENDANTS through Civil Asset Forfeiture and/or Criminal Asset Forfeiture enabled them to be PLAINTIFF'S slave master and their slavery was perpetuated through Civil Asset Forfeiture and/or Criminal Asset Forfeiture in which PLAINTIFF received no notice and they fabricated crimes against PLAINTIFF to seize PLAINTIFF'S assets unconstitutionally in violation of 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c), and 18 USC 1962(d) and a violation of at least 18 USC 1962(D) and one or more of the following18 USC 1961 §1341, 1343, 1351, 1503, 1510, 1511, 1512, 1513, 1581–1592, 1831 and 1832, 1951, 1952, 1957, aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated

PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights; 18 USC 1962(D), 18 USC 2340/2341/2342.

66.    Every single former and current judge in the *Chicago Cases, Utah Cases,* and the *Louisiana Cases* that ruled adversely against PLAINTIFF in which they failed to stop the RICO Enterprise against PLAINTIFF when they had reason to know of the RICO Enterprise in which they received paychecks for aiding and abetting the RICO Enterprise by corruptly ruling against PLAINTIFF violated 42 U.S. Code § 1986, 18 USC 1962(a), 18 USC 1962(b), 18 USC 1962(c) and 18 USC 1962(d) in which they violated at least one or more of the following: 18 USC 1962(D) and 18 USC 1961 §1341, 1343, 1351, 1503, 1510, 1511, 1512, 1513, 1581–1592, 1831 and 1832, 1951, 1952, 1957, aiding and abetting §1958, aiding and abetting the sexual exploitation and trafficking of minors; 18 USC 1962(D), 18 USC 2340/2341/2342, and violated PLAINTIFF'S 1st, 2nd, 3rd, 4th, 5th, 6th, 7th, 8th, 9th, 10th, and 13th Amendment Rights, and 42 USC §1981 and 1980.

67.    Unknown DEFENDANTS in the US knew that PLAINTIFF didn't have money to afford medicine for his ESA dog KAWAII and enslaved her and intentionally deprived her of medicine as a form of retaliation against PLAINTIFF in violation of PLAINTIFF'S 1st, 4th, 5th, and 13th Amendment Rights and 18 USC 1962(d). See: *Chicago Cases*

68.    PLAINTIFF described THE IRREPARABLE HARM, PUBLIC INTEREST, AND EQUITABLENESS RELATED TO PLAINTIFF & DEFENDANTS AS PER WEINBERGER v. ROMERO-BARCELO, 456 U.S. 305 (1982) in the rejected Writ of Mandamus that the 5th Circuit Court of Appeals and the *Utah Case* Court has in their possession.

69.    The United States, Indian, British, and Japanese Government, GINA HASPEL, LEON PANETTA. PRIME MINISTER MODI. MICHAEL MORELL. JOHN BRENNAN. JAMES COMEY, PETER STRZOK, ANDREW MCCABE, LISA PAGE, and unknown officials FBI, CIA, and

DOJ knew that *JAPLAN* constituted war crimes and rape and genocide and knew how devasting the damage it was to PLAINTIFF in which they still enabled it to happen and maliciously worsened the symptoms and effects of such maliciously and wantonly on the basis of PLAINTIFF'S disability, religion, national origin, and gender. See: RICO Enterprise #2 and the University of Montana Letter of Findings for the applicable legal standard applied to disabled individuals at that time regardless of its constitutionality.

70.    PLAINTIFF filing this does not constitute terrorism because actual truth cannot be terrorism when terrorists are the ones perpetuating terrorist acts against PLAINTIFF so back the fuck off with your stupid logic. PLAINTIFF wants DONALD TRUMP to finish all four years of his presidency and to be left alone in which the Court rules in PLAINTIFF'S favor. PLAINTIFF just wants to be left alone in peace and start his life as a free man for once after saving you all from threats

71.    **PLAINTIFF is legally entitled under the 5th Amendment per his Due Process rights and Takings Clause a deep, thorough, and meaningful response that substantively addresses the serious allegations PLAINTIFF has alleged because one of the exact legal errors JUDGE STEWART made in his case was the wanton and malicious avoidance of ruling on any of PLAINTIFF'S claims (thereby proving his complete bias against PLAINTIFF).**

72.    **The Court must meaningfully and substantively address the allegations because a decision maker is required under SCOTUS precedent and Nuremburg trial precedent to acknowledge and discuss the claims because an unbiased decision maker substantively addresses the allegations made in Court and it is also required to prove that the Court is treating PLAINTIFF equally because PLAINTIFF has been treated completely unequal on the basis of his disability, religion, gender, national origin, and slave and indentured status.**

73.    Based on the previous two paragraphs, PLAINTIFF demands the Court meaningfully address PLAINTIFF'S 1st Amendment Claims, 2nd Amendment Claims, 4th Amendment Claims, 5th Amendment Claims, 6th Amendment Claims, 7th Amendment Claims, 8th Amendment Claims, 9th Amendment Claims, 10th Amendment Claims, 13th Amendment Claims, 14th Amendment Claims, the numerous procedural errors in the *Chicago Cases, the Louisiana Cases, and the Utah Case*, RICO Claims, Fraud Claims, Fraudulent Legal Guardian and/or Fraudulent Wife Claims, and more because every single notion of traditional justice requires it.

74.    By failing to address the claims, the Court is officially sanctioning third world countries and any foreign country to torture, enslave, defraud, obstruct justice, frame, deny access to the Courts, commit war crimes, violate RICO, and more against the most vulnerable Americans in addition to Americans on American soil.

75.    JUDGE JACKSON and JUDGE STEWART by dismissing the case with prejudice in the manner that they did necessarily violates RICO because it aids and abets a RICO Enterprise, continues to enslave PLAINTIFF against his will, allows individuals to continue to defraud and torture PLAINTIFF without remorse or recourse, and necessarily constitutes an undue taking under the 5th Amendment.

76.    The corruption that has taken place over the last 15 months necessarily constitutes an undue taking by DEFENDANTS because it has robbed PLAINTIFF of his life and business opportunities when procedurally PLAINTIFF should have been paid and it allowed DEFENDANTS to torture and retaliate against PLAINTIFF.

77.    PLAINTIFF believes that unknown individuals in California wish to retaliate against PLAINTIFF.

78.    **PLAINTIFF has substantial and legitimate reason to fear for his life and needs an immediate court ruling in his favor to protect his life.**

79.    **PRIME MINISTER MODI and unknown officers in INDIAN Intel and XI JINPING and unknown officers Chinese Intel (MSS) and unknown officers in MI5/MI6 and CIA have had reason to know PLAINTIFF is suing them and they have done everything possible to torture PLAINTIFF and obstruct the proceedings in which they have been in complete bad faith and have not meaningfully addressed PLAINTIFF'S claims and prevented PLAINTIFF from filing certain documents in Court in addition to possibly the CIA perpetuating the RICO Enterprise against PLAINTIFF by preventing the 10th Circuit Court of Appeals from ruling on this through RICO violations.**

80.    Furthermore, the previous paragraph is supported by the Indian Supreme Court rushing to liquidate the assets of JET AIRWAYS when JET AIRWAYS was a factual nexus (as well as SPICEJET) to JAPLAN in which PLAINTIFF is owed, in part, 2 former JET AIRWAYS BOEING 777-300ER aircraft currently stored in New Delhi as compensation.

81.    **PLAINTIFF avers that ELON MUSK and DOGE, that despite PLAINTIFF supporting it, are attempting to completely undermine and continue to enslave PLAINTIFF.**

**PRAYERS OF RELIEF:**

82.    PLAINTIFF demands the Court overrule JUDGE JACKSON'S and JUDGE STEWART'S dismissal of the case with prejudice.

83.    PLAINTIFF demands that the Court immediately rule in favor of everything PLAINTIFF has asked for on the record and especially the rulings of law and to grant Permanent Restraining Orders IMMEDIATELY against DEFENDANTS

Electronically Signed.
/S Miki Kotevski.
02/10/2025. 2:10pm.
MKT Airlines. MKT Railroad. MKT. Super Shiba Store.
9102 N Maple Tree Ln
Wadsworth, IL. 60083
847-380-0400

# Exhibit A:

AO 450 (Rev 5/85) Judgment in a Civil Case

# United States District Court

### District of Utah

MILAN MICHAEL KOTEVSKI,

Plaintiff

v.

HILLARY RODHAM CLINTON,

Defendant

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:24-CV-00622-TS-DAO

IT IS ORDERED AND ADJUDGED

that this action is dismissed with prejudice.

February 7, 2025

*Date*

BY THE COURT:

Ted Stewart

United States District Judge

PRESS FIRMLY TO SEAL



PRESS FIRMLY TO SEAL

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**



# UNITED STATES POSTAL SERVICE | **PRIORITY**®

- Expected delivery dat
- Domestic shipments i
- USPS Tracking® servic
- Limited international i
- When used internation

Insurance does not cover cert
Domestic Mail Manual at http://
** See International Mail Manua

**FLAT RATE**
ONE RATE ■ ANY WE

**TRACKED ■**



PS00001000014





**US POSTAGE PAID**
**$10.10**
Origin: 60083
02/10/25
1681120083-02

**PRIORITY MAIL®**

0 Lb 7.10 Oz
**RDC 03**

EXPECTED DELIVERY DAY: 02/13/25

SHIP
TO:    DENVER CO 80257

**USPS TRACKING® #**

9505 5126 8521 5041 4959 82

nations.

Pickup,

**FROM:**
Miki Kotevski
3102 N Maple Tree Ln
Wadsworth IL 60083

**TO:**
Clerk's office
10th Circuit Court of Appeals
1823 Stout St.
Denver, CO 80257





Love Always Wins